IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Graham, Verlee | Case Number: 06 B 12053 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 9/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 5, 2008
Confirmed: November 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,680.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,125.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 61.90 |
| Other Funds: |  | 492.45 |
| Totals: | 1,680.00 | 1,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | East Lake Mngmt & Development | Unsecured | 3,300.00 | 0.00 |
| 2. | Capital One | Unsecured | 112.57 | 1,125.65 |
| 3. | National City Bank | Unsecured | 52.01 | 0.00 |
| 4. | Speedway SuperAmerica LLC | Unsecured |  | No Claim Filed |
| 5. | HSBC | Unsecured |  | No Claim Filed |
| 6. | Encore | Unsecured |  | No Claim Filed |
| 7. | Bankfirst | Unsecured |  | No Claim Filed |
| 8. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,464.58 | $ 1,125.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 17.98 |
| 5.4% | 43.92 |
|  | _____ |
|  | $ 61.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Graham, Verlee

Printed:  6/24/08

Case Number:  06 B 12053
Judge:  Wedoff, Eugene R
Filed:  9/25/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

